

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | DECEMBER 14, 2022 |
| U.S. v. SCOTT A. BERNDT; LOUISE GINA POLYANSKY; REBECCA FRANKENSTEIN, 4:22CR3154 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA JOHN J. SCHOETTLE |

Be advised that the above named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**