IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

REBECCA FRANKENSTEIN,

             Defendant.

**WITNESS LIST**

Case No.: 4:22CR3154
Deputy: Jeri Bierbower
Reporter: Digital Recorder
Date: July 24, 2023

FOR PLAINTIFF:

| Name | Date |
|------|------|
|      |      |
|      |      |

FOR DEFENDANT:

| Name | Date |
|------|------|
| Brian Randall | 7/24/2023 |
|      |      |