IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>REBECCA FRANKENSTEIN,<br><br>　　　　　　Defendant. | 4:22CR3154<br><br>ADOPTION OF REVISED PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |

　　　COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Revised Presentence Investigation Report completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Revised Presentence Investigation Report.

　　　Dated this 4th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　SUSAN T. LEHR
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　s/Martin J. Conboy, IV
　　　　　　　　By:　MARTIN J. CONBOY, IV #22257
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　Omaha, Nebraska 68102-1506
　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　Fax: (402) 345-5724
　　　　　　　　　　　martin.conboy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jonathan M. Braaten, Attorney at Law.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Travis Wilcoxen
U.S. Probation Officer

*s/Martin J. Conboy, IV*
MARTIN J. CONBOY, IV
Assistant United States Attorney